UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

CAROLYN J. O'LEARY, individually
and on behalf of all other similarly
situated individuals,

    Plaintiff,

v.                                      Case No. 1:17-cv-01774-WCG

HUMANA INSURANCE COMPANY and
HUMANA INC.,

    Defendants

---

### PLAINTIFFS' THIRD MOTION TO COMPEL DISCOVERY FROM DEFENDANTS HUMANA INSURANCE COMPANY AND HUMANA INC.

---

In accordance with Civil Local Rules 7 and 37 and Federal Rule of Civil Procedure 37, Plaintiffs, by and through counsel, move this Court for an order compelling Defendants Humana Insurance Company and Humana Inc. to respond to Document Request No. 40, or if Humana has no documents that were created in the regular course of business responsive to Document Request No. 40, to fully respond to Interrogatory No. 17.

Dated this 30th day of July, 2019.

                                                  s/ Elizabeth J. Eberle
                                                  Elizabeth J. Eberle, WI State Bar #1037016
                                                  MINER, BARNHILL & GALLAND, P.C.
                                                  44 E. Mifflin St., Suite 803
                                                  Madison, WI 53703
                                                  (608) 255-5200 (Telephone)
                                                  (608) 255-5380 (Facsimile)
                                                  beberle@lawmbg.com
                                                  **Attorney for Plaintiff and Collective Members**

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the following to be served on all parties via the Court's ECF system this 30th day of July, 2019: (1) Plaintiffs' Third Motion to Compel Discovery from Defendants Humana Insurance Company and Humana Inc.; (2) the Memorandum in support thereof; (3) the Declaration of Betty Eberle in support thereof, with attached Exhibits; and (4) Plaintiffs' Motion to File Under Seal Exhibit 13 to Plaintiffs' Third Motion to Compel Discovery.

/s Elizabeth J. Eberle
Elizabeth J. Eberle