UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CAROLYN J. O'LEARY,
individually and on behalf of
all others similarly situated,

        Plaintiffs,

        v.                                   Case No. 17-C-1774

HUMANA INSURANCE COMPANY et al.,

        Defendants.

## ORDER DENYING MOTION FOR EXTENSION
## OF THE DEADLINE TO FILE A MOTION FOR DECERTIFICATION

        Defendants Humana Insurance Company and Humana, Inc. (Humana) have moved for an extension of time to file a motion for decertification of the conditionally certified class in the above matter. As the court explained at the last motion hearing, this case has languished too long to permit further delay. Moreover, Humana failed to cite any evidence it needs in order to prepare or file its motion. The fact that discovery issues remain outstanding is primarily due to Humana's failure to comply with its own responsibilities and should not provide a further basis for delay. Accordingly, the motion for an extension of time is denied.

        **SO ORDERED** at Green Bay, Wisconsin this 13th day of February, 2020.

                                              s/ William C. Griesbach
                                              William C. Griesbach, District Judge
                                              United States District Court