UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CAROLYN JOYCE O'LEARY,
individually and on behalf of all
others similarly situated,

           Plaintiff,

           v.                       Case No. 17-C-1774

HUMANA INSURANCE COMPANY and
HUMANA INC.,

           Defendants.

---

## FINAL ORDER APPROVING FLSA COLLECTIVE ACTION SETTLEMENT AND DISMISSAL WITH PREJUDICE

---

After considering Plaintiffs' Unopposed Motion for Approval of FLSA Collective Action Settlement ("Motion"), and the filings in support thereof, the Court hereby **ORDERS** as follows:

1. The Motion is **GRANTED** in all respects;

2. The Parties' Stipulation of Settlement and Release ("Settlement Agreement"), all associated Plaintiff releases, and all associated payments to Plaintiffs are fair and reasonable and in all respects approved;

3. Consistent with the Settlement Agreement, Defendants shall pay Eight Million Twenty-Six Thousand Three Hundred and Sixty-Eight Dollars and twenty cents ($8,026,368.20) to Plaintiffs to release Plaintiffs' claims for damages, and the waivers and releases of claims provided for in the Settlement Agreement shall be effective upon the mailing of the settlement checks to each Settling Plaintiff by the Settlement Administrator;

4. Consistent with the Settlement Agreement, Defendants shall pay Three Million One Hundred and Thirty-Seven Thousand Five Hundred Dollars ($3,137,500) to Plaintiffs' counsel to release Plaintiffs' claim for attorney's fees and costs. The amount is fair and reasonable and is therefore approved;

5. Plaintiffs' request for eleven service payments totaling Forty-Three Thousand Dollars ($43,000)—$15,000 for Named Plaintiff Carolyn O'Leary, $3,000 for the nine other class members deposed in this matter, and $1,000 for a class member who gave testimony in a declaration—is fair and reasonable and approved;

6. The Court approves the establishment of a 26 C.F.R. § 1.468B-1 Qualified Settlement Fund;

7. Pursuant to the terms of the Settlement Agreement, this action and all of the claims asserted herein against Defendants are dismissed with prejudice, with all parties to pay their own costs except as otherwise provided for in the Settlement Agreement; and

8. The Court retains jurisdiction to enforce the terms of the Settlement Agreement and any subsequent decisions of the Parties' mediator associated with implementation of the terms of the Settlement Agreement.

Dated at Green Bay, Wisconsin this 27th day of September, 2021.

s/ William C. Griesbach<br>
William C. Griesbach<br>
United States District Judge